IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 2:06-cr-441-GEB-EFB |
| ) | | |
| Plaintiff, ) | | ORDER REQUIRING DEFENDANT HAYLES AND HIS |
| ) | | |
| v. ) | | COUNSEL TO EXPLAIN NON-APPEARANCE AT STATUS |
| ) | | |
| DONALD HAYLES, a.k.a. DONALD FOUCHE, "D", ) | | HEARINGS AND DEFENDANT'S COUNSEL TO EXPLAIN WHETHER HE IS AUTHORIZED TO |
| ) | | |
| Defendant. ) | | PRACTICE IN DISTRICT |
| _____ ) | | |

        The status hearing scheduled in this action for commencement at 9:00 a.m. on March 7, 2008, was not attended by either Adam D. Fein, counsel for Defendant Donald Hayles, or Defendant Hayles.  Therefore, a further status hearing is scheduled to commence at 9:00 a.m. on March 14, 2008.  The March 7, 2008 status hearing was scheduled in court on February 29, 2008, and also by a Minute Order filed February 29, 2008, since neither Defendant Hayles nor his counsel appeared at the scheduled status hearing on February 29, 2008.

        Further, it is unclear whether Defendant Hayles's counsel should be authorized to represent Defendant Hayles since it does not appear that a *pro hac vice* application has been submitted in connection with his representation of Defendant Hayles.  L.R. 83-180; see United States v. Ries, 100 F.3d 1469,

1471 (9th Cir. 1996) (indicating that an out of state counsel is required to seek admission to practice in district court through a *pro hac vice* application).  Therefore, Defendant Hayles's attorney, Adam D. Fein, shall explain why neither he nor Defendant Hayles appeared at the status conferences scheduled for February 29 and March 7, 2008, and attorney Fein shall explain his apparent failure to submit a *pro hac vice* application in a filing due on or before March 13, 2008.

　　　　IT IS SO ORDERED.

Dated:  March 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge