IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-441-GEB-EFB |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | ISSUED TO COUNSEL ADAM D. |
| v. | ) | FEIN AND DEFENDANT HAYLES |
| | ) | |
| DONALD HAYLES, a.k.a. DONALD FOUCHE, "D", | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Neither Adam D. Fein, (counsel for Defendant Donald Hayles) nor Defendant Hayles appeared at the status hearing scheduled in this action at 9:00 a.m. on March 14, 2008.  Nor has attorney Fein responded to the Order filed on March 7, 2008, that required Mr. Fein to explain his apparent failure to submit a pro hac vice application in connection with his representation of Defendant Hayles, and his failure to appear at two previous hearings.

     Therefore, the issue of whether attorney Adam D. Fein should continue to be counsel for Defendant Hayles will be discussed at a status hearing scheduled to commence at 9:00 a.m. in Courtroom 10 on March 21, 2008.  Both attorney Adam D. Fein and Defendant Donald Hayles shall appear at that hearing.  If Defendant

1

Hayles fails to personally appear at that hearing, a bench warrant could be issued for his arrest, since one of Defendant Hayles' release conditions is that he "shall appear on time at all proceedings as required . . . ."  If attorney Adam Fein fails to appear at said hearing, his non-compliance with court orders could be determined to constitute interference with the orderly administration of justice in this case, a persistent failure to comply with orders requiring his appearance at hearings, and a complete disregard of the requirement in a previous order that he explain why he has not submitted a pro hac vice application in connection with his representation of defendant Hayles (nothing in the docket indicates that a pro hoc vice application has been submitted).  Accordingly, Adam Fein could be relieved as attorney for Defendant Hayles.

　　　　IT IS SO ORDERED.

Dated:  March 14, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge