UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DONALD HAYLES, a.k.a. DONALD FOUCHE, "D",<br><br>            Defendant. | 2:06-cr-441-GEB-EFB<br><br><u>ORDER SETTING STATUS CONFERENCE ON DEFENDANT HAYLES' REPRESENTATION</u> |

The Clerk's Office has informed the undersigned that Attorney Adam D. Fein, (Counsel for Defendant Donald Hayles) has not paid a pro hac vice application fee, and consequently, the pro hac vice application he emailed to the Court's email address for proposed orders is incomplete. The pro hac vice application was required to be filed on the court's docket and the fee was required to be paid before said filing.

Therefore, another status hearing is scheduled on April 25, 2008, at 9:00 a.m. to determine the status of Mr. Fein's representation of Defendant Hayles. Since it is unclear whether

///

///

///

1 | Mr. Fein has agreed to electronic service of this order, the Clerk
2 | of Court is directed to serve a copy of this order on Mr. Fein by
3 | mail.
4 |      IT IS SO ORDERED.
5 | Dated:  April 10, 2008

GARLAND E. BURRELL, JR.
United States District Judge