

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

United States of America

        Plaintiff(s),

v.

Donald Hayles

        Defendant(s).

Case No. 2:06-cr-00441-GEB

I, __Adam Douglas Fein__, attorney for __Donald Hayles__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Rosenblum, Schwartz, Rogers & Glass, P.C. |
| Address: | 120 South Central, Suite 130 |
| City: | Clayton, |
| State: | MO     ZIP Code: 63105 |
| Voice Phone: | ( 314 ) 862-4332 |
| FAX Phone: | ( 314 ) 862-8050 |
| Internet E-mail: | Afein@rsrglaw.com |
| Additional E-mail: | |
| I reside in City: | Wildwood     State: MO |

I was admitted to practice in the __Eastern Distrtict of Missouri__ (court) on __11/23/2004__ (date). I am presently in good standing and

eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not **X**☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Gail Shifman

Firm Name: Shifman Group

Address: 633 Battery Street, Suite 635

City: San Francisco

State: CA   ZIP Code: 94111

Voice Phone: ( 415 ) 551-1500

FAX Phone: ( 415 ) 788-6787

E-mail: gail@shifmangroup.com

Dated: 3/20/2008   Petitioner: /S/ Adam D. Fein

**ORDER**

IT IS SO ORDERED.

Dated: April 11, 2008

GARLAND E. BURRELL, JR.
United States District Judge