```
 1  GAIL SHIFMAN
    Attorney at Law
 2  44 Montgomery Street
    Suite 3850
 3  San Francisco, California 94104
    Telephone (415) 551-1500
 4  Facsimile (415) 551-1502

 5  Attorney for Defendant
    DONALD HAYLES
 6

 7

 8

 9                IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,      CASE NO. 2:06-CR-441-GEB-EFB
14
              Plaintiff,           [PROPOSED]
15
       v.                          ORDER VACATING APRIL 25,
16                                 2008 STATUS CONFERENCE
    DONALD HAYLES, et al.,         HEARING
17
              Defendants.
18

19

20

21        This matter having come before the Court upon Defendant,

22  Donald Hayles' Response To Order Setting Status Conference On

23  Defendant Hayles' Representation And Request To Vacate Status

24  Conference Of April 25, 2008 and the Court being advised;

25

26        It is Ordered that the Status Conference scheduled for

27  April 25, 2008 at 9:00 a.m. be vacated and the case remain on

28
```

calendar for May 9, 2008 at 9:00 a.m. for further Status Hearing.

Dated: April 11, 2008

GARLAND E. BURRELL, JR.
United States District Judge