McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-06-441 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RESETTING |
| v. | ) | STATUS CONFERENCE, AND EXCLUDING |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| DONALD HAYLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, and defendant Donald Hayles, through his counsel of record, Adam Fein, Esq., hereby stipulate and agree that the status conference set for May 9, 2008, be continued to May 30, 2008, at 9:00 a.m.

The parties are close to a resolution and defense counsel needs additional time to prepare. Therefore, the parties have agreed and respectfully request that the Court set the date of May 30, 2008, at 9:00 a.m., for the status conference. Accordingly, the parties

///

///

1

1  stipulate that time be excluded pursuant to 18 U.S.C.

2  § 3161(h)(1)(F) and Local Code T4 - additional time to prepare.

3  IT IS SO STIPULATED.

4                                    McGREGOR W. SCOTT
                                     United States Attorney

5  Dated: May 1, 2008        By:   /s/ Jill M. Thomas
6                                   JILL M. THOMAS
                                    Assistant U.S. Attorney
7                                   Attorney for Plaintiff

8

9  DATED: May 1, 2008        By:   /s/ Adam Fein
10                                  ADAM FEIN
                                    Attorney for Defendant
11                                  DONALD HAYLES

12  _____
                                  **ORDER**

13      UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is

14  hereby ordered that this matter be set for further status conference

15  as set forth above.

16      The Court finds excludable time as set forth above to and

17  including May 30, 2008

18      **IT IS SO ORDERED.**

19  Dated:  May 1, 2008

20

21  _____
                                  GARLAND E. BURRELL, JR.
22                                  United States District Judge

23

24

25

26

27

28