ADAM D. FEIN
ROSENBLUM, SCHWARTZ, ROGERS & GLASS, P.C.
120 SOUTH CENTRAL AVENUE, SUITE 130
CLAYTON, MO 63105
Telephone: (314) 862-4332

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. 06-441-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| DONALD HAYLES ) | |
| ) | |
| Defendant. ) | Hon. Garland E. Burrell, Jr. |
| ) | |

Defendant Donald Hayles, by and through counsel, Adam D. Fein, and the United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Jill M. Thomas, assistant United States attorney, hereby stipulate and agree that the status conference presently scheduled for June 20, 2008, be continued to July 25th, 2008, at 9:00 a.m.

The parties continue to move towards resolution of the case, but require some additional time to finalize some outstanding matters. Therefore, the parties have agreed and respectfully

request that the Court set the date of July 25, 2008, at 9:00 a.m., for the status conference.  Accordingly, the parties stipulate and agree that time be excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and Local Code T4 - additional time to prepare. IT IS SO STIPULATED.

                                             Respectfully Submitted,

                                             Adam D. Fein
                                             Attorney for defendant
                                             Donald Hayles

Dated: June 16, 2008                   By:/s/ Adam D. Fein
                                             Attorney for defendant
                                               Donald Hayles

Dated: June 16, 2008                   By:/s/ Jill Thomas
                                              Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of the parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including July 25, 2008.

**IT IS SO ORDERED.**

Dated:  June 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge