ADAM D. FEIN
ROSENBLUM, SCHWARTZ, ROGERS & GLASS, P.C.
120 SOUTH CENTRAL AVENUE, SUITE 130
CLAYTON, MO 63105
Telephone: (314) 862-4332

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )  Plaintiff,  )  )  )  v.  )  )  DONALD HAYLES  )  )  Defendant.  )  ) | CR. 06-441-GEB  STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME  Hon. Garland E. Burrell, Jr. |

Defendant Donald Hayles, by and through counsel, Adam D. Fein, and the United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Jill M. Thomas, assistant United States attorney, hereby stipulate and agree that the status conference presently scheduled for July 25, 2008, be continued to August 29th, 2008, at 9:00 a.m.

The parties fully expect to resolve all outstanding matters prior to that date and to enter into an agreed upon disposition of the case by that same date. Therefore, the parties have agreed

and respectfully request that the Court set the date of August 29th, 2008, at 9:00 a.m., for the status conference. Accordingly, the parties stipulate and agree that time be excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and Local Code T4 - additional time to prepare.

IT IS SO STIPULATED.

                                                Respectfully Submitted,

                                                Adam D. Fein
                                                Attorney for defendant
                                                Donald Hayles

Dated: July 23, 2008                     By:/s/ Adam D. Fein
                                                Attorney for defendant
                                                   Donald Hayles

Dated: July 23, 2008                     By:/s/ Jill Thomas
                                                    Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of the parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including August 29, 2008.

**IT IS SO ORDERED.**

Dated:  July 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge