ADAM D. FEIN
ROSENBLUM, SCHWARTZ, ROGERS & GLASS, P.C.
120 SOUTH CENTRAL AVENUE, SUITE 130
CLAYTON, MO 63105
Telephone: (314) 862-4332


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. 06-441-GEB |
| Plaintiff, ) | |
| ) | |
| ) | MOTION AND [PROPOSED] ORDER TO |
| v. ) | CONTINUE DEFENDANT'S SENTENCING |
| ) | HEARING |
| DONALD HAYLES ) | |
| ) | |
| Defendant. ) | Hon. Garland E. Burrell, Jr. |


COMES NOW Defendant, Donald Hayles, by and through counsel,

Adam D. Fein, and moves this Court to continue the sentencing

hearing presently scheduled for November 14, 2008 at 9:00 a.m. to

January 9, 2009 at 9:00 a.m.  In support of this motion,

Defendant states as follows:

1.    Defendant is scheduled for sentencing on November 14,

2008.

2.    On November 7, 2008, counsel was unexpectedly appointed

to represent Mr. Bobby James Williams, Jr., in cause number 4:07-

cr-739 RWS, in the federal district court for the Eastern

District of Missouri.  Counsel is the third attorney to represent

Mr. Williams in almost as many months.  Mr. Williams' case is

scheduled for trial on November 24, 2008, and Mr. Williams will not waive his rights under 18 U.S.C. § 3161 et. seq. to extend the time in which he might otherwise proceed to trial.  As a result, his trial will commence as scheduled on November 24, 2008.

3.   Mr. Williams' is charged in a multi-defendant narcotics and money laundering conspiracy.  To prepare for trial, counsel must review a substantial amount of discovery material, a good portion of which he has not yet received and will not receive until tomorrow's date, November 13, 2004.  In addition, counsel must locate and interview witness identified by Mr. Williams and subpoena a variety of documents, some of which are located outside the state of Missouri.

4.   At the same time, counsel is preparing for trial in two additional cases, United states of America v. Markeith Reynolds, cause number 3:08-cr-30172 DRH, and United States of America v. Antwain Smith, 4:08-cr-533 CAS, both of which are scheduled to begin in the first two weeks of December.

5.   During this same period, counsel must prepare memoranda and motions in a fair number of additional federal cases pending in both the Eastern District of Missouri and the Southern District of Illinois.

6.   At present, therefore, the demands on counsel's time are unexpectedly quite significant.

7.   For this reason, Defendant, through counsel, files

this motion.

8.   Defendant, through counsel, has discussed this matter with assistant United states attorney Jill Thomas.  Ms. Thomas does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the sentencing hearing presently scheduled for November 14 2008 at 9:00 a.m. to January 9, 2009 at 9:00 a.m.


                                    Respectfully Submitted,

                                    Adam D. Fein
                                    Attorney for defendant
                                    Donald Hayles


Dated: November 12, 2008            By:/s/ Adam D. Fein_____
                                    Attorney for defendant
                                       Donald Hayles

**<u>ORDER</u>**

UPON GOOD CAUSE SHOWN and by stipulation of the parties, it is hereby ordered that this matter be continued for sentencing from November 14, 2008 to January 9, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  November 13, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge