UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) DONALD HAYLES a/k/a Donald Fouche, ) a/k/a D, ) ) Defendant. ) ) | 2:06-cr-00441-GEB <br><br> ORDER |

The portion of the judgment filed on January 26, 2009, concerning voluntary surrender is amended as follows:

The Defendant shall surrender himself to the United States Marshal located in St. Louis, Missouri, or to the institution designated by the Bureau of Prisons on or before 2 p.m. on February 25, 2009.

IT IS SO ORDERED.

Dated: February 9, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1