```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,            )    2:06-cr-00441-GEB
          Plaintiff,                 )
                                     )
          v.                         )
DONALD HAYLES a/k/a Donald Fouche,   )
a/k/a D,                             )    ORDER
                                     )
          Defendant.                 )
                                     )
_____)
```

The bond posted in this case is exonerated.

DATED:  April 1, 2009.

_____
GARLAND E. BURRELL, JR.
United States District Judge