UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br>DONALD HAYLES a/k/a Donald Fouche,<br>a/k/a D,<br><br>　　　　Defendant. | 2:06-cr-00441-GEB<br><br><br><br>ORDER |

The bond posted in this case is exonerated.

DATED: April 1, 2009.

_____
GARLAND E. BURRELL, JR.
United States District Judge